Case 9:22-cr-80084-RLR   Document 3   Entered on FLSD Docket 05/27/2022   Page 1 of 6

FILED by __KA__ D.C.
May 26, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 22-80084-CR-ROSENBERG/REINHART

CASE NO. _____

18 U.S.C. § 875(c)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

MATTHEW LEE COMISKEY,

      Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**Interstate Threat**
**(18 U.S.C. § 875(c))**

On or about August 31, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**MATHEW LEE COMISKEY,**

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is, U.S. Congresswoman Lauren Boebert, in that in a post on Twitter directed at the Congresswoman, he stated, "If I ever saw Lauren I'd be glad to take her out and go to prison. Would be job well done," with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### Interstate Threat
### (18 U.S.C. § 875(c))

On or about September 8, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

## MATHEW LEE COMISKEY,

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is, U.S. Congresswoman Lauren Boebert, in that in a post on Twitter directed at the Congresswoman, he stated, "Don't worry Lauren, someone is coming soon to show your face the 2nd amendment in practice with a copper jacket. Enjoy," with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

## COUNT 3
### Interstate Threat
### (18 U.S.C. § 875(c))

On or about September 15, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

## MATHEW LEE COMISKEY,

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is, U.S. Congresswoman Lauren Boebert, in that in a post on Twitter directed at the Congresswoman, he stated, "Someone needs to put lauren down like a sick dog. She is a true waste of life! Someone exercise their 2nd amendment right to her face! Since the @CIA is a failure and @FBI is incompetent at charging her for being a terrorist it's time to do it ourselves! Pew pew Lauren," with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

## COUNT 4
### Interstate Threat
### (18 U.S.C. § 875(c))

On or about September 17, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**MATHEW LEE COMISKEY,**

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is, U.S. Congresswoman Lauren Boebert, in that in a post on Twitter directed at the Congresswoman, he stated in part, "I got my 2 amendment tool all ready to destroy Lauren's face! Hopefully in front of her kids," with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

## COUNT 5
### Interstate Threat
### (18 U.S.C. § 875(c))

On or about September 17, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**MATHEW LEE COMISKEY,**

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is, U.S. Congresswoman Lauren Boebert, in that in a post on Twitter directed at the Congresswoman, he stated in part, "[D]on't come to Florida us libs have big guns here and we stand out [sic] ground. Take you down like Trayvon," with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MATTHEW LEE COMISKEY** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 875, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

YARA KLUKAS
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO.: |
|---|---|
| v. | |
| MATTHEW LEE COMISKEY, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____/ | **Superseding Case Information:** |

**Court Division** (select one)

☐ Miami  ☐ Key West  ☐ FTP
☐ FTL    ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☑ 0 to 5 days
   II   ☐ 6 to 10 days
   III  ☐ 11 to 20 days
   IV   ☐ 21 to 60 days
   V    ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                              Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                              Case No.
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the                    District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: *Yara L. Klukas*
_____
Yara Klukas
Assistant United States Attorney
FLA Bar No.   73101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MATTHEW LEE COMISKEY

**Case No:** _____

Counts #: 1-6

Interstate Threats

Title 18, United States Code, Section 875(c)

* **Max. Penalty:** 5 years' imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**