**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-CR-80084-Rosenberg/Reinhart**

**UNITED STATES OF AMERICA**

vs.

**MATTHEW LEE COMISKEY,**

**Defendant.**

_____/

## FACTUAL PROFFER

The United States of America and Matthew Lee Comiskey (the "Defendant") agree that, were this case to proceed to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida:

The Defendant set-up and was the registered owner of the Twitter Account "Shore Thing," which is associated with the user id "ShoreTh69263717." Using the "Shore Thing" Twitter handle, the Defendant made various Tweets directed at United States Representative Lauren Boebert that were intended to communicate a true threat to injure the person of another. Moreover, the Defendant Tweeted these messages with the knowledge that the Tweets would be viewed as threats.

Specifically, on August 31, 2021, using the "Shore Thing" Twitter account, the Defendant Tweeted a message at Representative Boebert stating, "If I ever saw Lauren I'd be glad to take her out and go to prison. Would be job well done." The Defendant made this statement with the intent to communicate a threat and with the knowledge that it would be viewed as a threat.

On October 28, 2021, the Defendant spoke to law enforcement and admitted to being the owner of the "Shore Thing" Twitter account and to making the above-mentioned Tweet, as well

as other Tweets towards Representative Boebert. The Defendant further acknowledges that all of his Tweets were sent in interstate commerce.

The parties agree that these facts, which do not include all facts known to the government and the Defendant, are sufficient to prove that the Defendant committed the crime of Interstate Threats, in violation of Title 18, United States Code, Section 875(c).

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 10/20/22                 By:    _____ for
                                      KARLA ALBITE
                                      ASSISTANT UNITED STATES ATTORNEY

Date: 10/20/22                 By:    _____
                                      MICHAEL B. COHEN
                                      ATTORNEY FOR THE DEFENDANT

Date: 10/20/22                 By:    _____
                                      MATTHEW LEE COMISKEY
                                      DEFENDANT

2