**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:22-cr-80084-RLR**

UNITED STATES OF AMERICA
        Plaintiff,
v.
MATTHEW COMISKEY,
        Defendant.
_____/

**NOTICE OF FILING**

The Defendant, MATTHEW COMISKEY, by and through undersigned counsel hereby files the attached apology letter addressed to the Governor and Representative which was sent before any charges were filed in this case.

Dated: May 15, 2023.

                                        Respectfully submitted,
                                        **Michael B. Cohen, Esq.**
                                        Michael B. Cohen, Esq.
                                        6400 North Andrews Ave., Ste 505
                                        Fort Lauderdale, Florida 33309
                                        Ph (954) 928-0059
                                        Email: michael@mcohenlaw.com
                                                     eservice@mcohenlaw.com

Dear Ron DeSantis & Rep. Lauren Boebart,

My comments toward the both of you on twitter were unfair & uncalled for. I should have never allowed my frustrations to have come across as violent threats. The frustrations from Covid have all made us stressed. I channeled my stress into terrible comments against you. It was wrong and I apologize.

I have no intention to have ever brought my comments to fruition, they were my opinions and a way for me to vent.

I am deeply sorry for my actions & hope to offer my deepest apolgies. I will go to the thought of people helping people not trying to bring others down. Again I am sorry for what I wrote and have seen how wrong I was.

Matthew L. Comiskey
*Matt L. Comisky*
10/28/2021